# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CIOLINO, STEVEN A | § | Case No. 12-07297 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   CLERK OF BANKRUPTCY COURT
   219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 10/24/2014 in Courtroom ,

   North Branch Court
   1792 Nicole Lane
   Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
                                        Clerk, U.S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
CIOLINO, STEVEN A  §  Case No. 12-07297
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 14,000.00 |
| and approved disbursements of | $ | 413.91 |
| leaving a balance on hand of[1] | $ | 13,586.09 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,150.00 | $ 0.00 | $ 2,150.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 62.92 | $ 0.00 | $ 62.92 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 2,872.50 | $ 0.00 | $ 2,872.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 34.58 | $ 34.58 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,085.42 |
| Remaining Balance | $ | 8,500.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,983.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | $ 5,745.92 | $ 0.00 | $ 2,036.56 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 16,116.88 | $ 0.00 | $ 5,712.41 |
| 000003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 2,120.84 | $ 0.00 | $ 751.70 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 8,500.67 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                                        TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Steven A Ciolino  
    Debtor

Case No. 12-07297-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: gbeemster     Page 1 of 2     Date Rcvd: Sep 24, 2014  
                       Form ID: pdf006     Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2014.

```
db           +Steven A Ciolino,    20805 N William,    Prairie View, IL 60069-9605
aty          +Cohen &Krol,    105 W Madison Ste 1100,     Chicago, IL 60602-4600
18539110     +ABN AMRO MORTGAGE GROU,    PO BOX 9438,    GAITHERSBURG, MD 20898-9438
18539112      AMALGAMATED BANK,    P.O. BOX 3979,    CHICAGO, IL 60690
18539113     +AMALGAMATED BK CHICAGO,    1 W MONROE ST,    CHICAGO, IL 60603-5384
18539114     +AMEX,    PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
18539115      BANK OF AMERICA,    PO BOX 5170,    SIMI VALLEY, CA,   93062-5170
18539117     +BANK OF AMERICA, N.A.,    450 AMERICAN ST,    SIMI VALLEY, CA 93065-6285
18539118     +BARRY SWARTZ- ACCOUNTING,    650 E ALGONQUIN RD. SUITE 404,    SCHAUMBURG, IL 60173-3853
18539119     +BMO HARRIS BANK,    PO BOX 94034,    PALATINE, IL 60094-4034
18539121     +CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
18539120     +CHASE,    324 W EVANS ST,    FLORENCE, SC 29501-3430
18539122     +CITI,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
18539123      CITIMORTGAGE,    PO BOX 183040,    COLUMBUS, OH 43218-3040
18539124     +CITIMORTGAGE INC,    PO BOX 9438,    GAITHERSBURG, MD 20898-9438
18539125     +COLETAYLOR,    5501 WEST 79TH ST,    BURBANK, IL 60459-1395
18539126     +COOK COUNTY TREASURER,    PO BOX 4468,    CAROL STREAM, IL 60197-4468
18539127     +DAVID FERNITZ DDS,    1310 SHERMER RD # 50,    NORTHBROOK, IL 60062-4579
18643740     +DRU Ciolino,    20805 N William,    Prairie View, IL 60069-9605
18539130     +DVI FIN SVC,    707 SKOKIE BLVD,    NORTHBROOK, IL 60062-2857
18539131     +EXXON/MOBIL,    PO BOX 6404,    SOUIX FALLS, SD 57117-6404
18539132     +FIRST AMERICAN BANK,    1650 LOUIS AVE.,    ELK GROVE, IL 60007-2350
18539133     +FORD CRED,    PO BOX BOX 542000,    OMAHA, NE 68154-8000
18539136     +HARRIS BANK BARRINGTON,    201 S GROVE AVE,    BARRINGTON, IL 60010-4493
18539138      HSBC,    PO BOX 17298,    BALTIMORE, MD 21297-1298
18539137      HSBC,    PO BOX 17264,    BALTIMORE, MD 21297-1264
18539139    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/BSBUY,     PO BOX 15519,    WILMINGTON, DE 19850)
18539140     +HSBC/SONY,    90 CHRISTIANA RD,    NEW CASTLE, DE 19720-3118
18539144     +KCA FINANCIAL SVCS,    628 NORTH ST,    GENEVA, IL 60134-1356
18539146     +SHELL,    PO BOX 6406,    SIOUX FALLS, SD 57117-6406
18539147     +SHELL/CITI,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
18643664      T-Mobile,    Bankruptcy Team,    POB 53410,    Bellevue, WA 98015-3410
18539148     +UNVL/CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
18539149     +VERIZON WIRELESS/GREAT,    1515 WOODFIELD RD,    STE140,    SCHAUMBURG, IL 60173-5443
18539150      WELLS FARGO,    PO BOX 30086,    LOS ANGELES, CA 90030-0086
18539151     +WFFNATLBNK,    PO BOX 94498,    LAS VEGAS, NV 89193-4498
18539152     +WFNNB/TSA,    PO BOX 182789,    COLUMBUS, OH 43218-2789
18539153     +WHEEL INN-MACHANIC-CAR,    1290 PETERSON DR,    WHEELING, IL 60090-6454
18539154     +YELLOW PAGE,    6300 C ST,    CEDAR RAPIDS, IA 52404-7470
18692554     +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18539128     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 25 2014 00:15:26     DISCOVER,    PO BOX 6103,
               CAROL STREAM, IL 60197-6103
18539129     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 25 2014 00:15:26     DISCOVER FIN SVCS LLC,
               PO BOX 15316,    WILMINGTON, DE 19850-5316
19634965      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 25 2014 00:15:26     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18539134     +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2014 00:15:50     GECRB/DICKS DC,    PO BOX 1400,
               EL PASO, TX 79948-1400
18539135     +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2014 00:14:58     GECRB/SONY CIRCUIT CIT,
               PO BOX 981439,    EL PASO, TX 79998-1439
18539142      E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2014 00:13:52     JC PENNEY,    PO BOX 960090,
               ORLANDO, FL 32896-0090
18539141      E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2014 00:14:58     JC PENNEY,
               Credit Service Center,    PO Box 533,    Dallas, TX 75221
18643599      E-mail/Text: rita.robles@key.com Sep 25 2014 00:11:01     Key Equipment Finance,
               1000 S. McCaslin Blvd,    Superior, Co 80027-9437
18539145     +E-mail/Text: bankrup@aglresources.com Sep 25 2014 00:10:23     NICOR GAS,    1844 FERRY ROAD,
               NAPERVILLE, IL 60563-9600
19751780     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2014 00:15:56
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 10
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1                  User: gbeemster                Page 2 of 2                  Date Rcvd: Sep 24, 2014
                                      Form ID: pdf006                Total Noticed: 50

18539116*         BANK OF AMERICA,    PO BOX 5170,    SIMI VALLEY, CA 93062-5170
18643665*         Key Equipment Finance,    1000 S. McCaslin Blvd,    Superior, CO 80027-9437
18539111         ##+ADVANCED SLEEP THEARAPY,    2015 S ARLINGTON HTS. RD,    ARLINGTON HTS., IL 60005-4150
18539143         ##+JOE & RENA CIOLINO,    911 TWILIGHT LN.,    WHEELING, IL 60090-5529
18643663         ##+Touch of Health,    985 S. Buffalo Gr. Rd.,    Buffalo GR, IL 60089-3702
                                                                                              TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2014 at the address(es) listed below:
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Miles V Cohen    on behalf of Creditor    First American Bank mcohen@skcounsel.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven A Leahy    on behalf of Debtor Steven A Ciolino sleahy@it-lawyer.com,
               cmecf@it-lawyer.com;processing@it-lawyer.com;ben@opemonline.com
                                                                                             TOTAL: 8
```