UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
CIOLINO, STEVEN A                   §       Case No. 12-07297
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/JOSEPH E. COHEN_____

                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BANK OF AMERICA PO BOX 5170 SIMI VALLEY, CA 93062-5170 |  |  |  |  |  |
|  | CITIMORTGAGE PO BOX 183040 COLUMBUS, OH 43218-3040 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIRST AMERICAN BANK 1650 LOUIS AVE. ELK GROVE, IL 60007 | | | | | |
| | JOE & RENA CIOLINO 911 TWILIGHT LN. WHEELING, IL 60090 | | | | | |
| | KEY EQUIPMENT FINANCE 1000 S MCCASLIN BLVD SUPERIOR, CO 80027-9437 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, ATTORNEY FOR TRUST | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COOK COUNTY TREASURER PO BOX 4468 CAROL STREAM, IL 60197 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABN AMRO MORTGAGE GROU PO BOX 9438 GAITHERSBURG, MD 20898 | | | | | |
| | ADVANCED SLEEP THEARAPY 2015 S ARLINGTON HTS. RD ARLINGTON HTS., IL 60005 | | | | | |
| | AMALGAMATED BANK P.O. BOX 3979 CHICAGO, IL 60690 | | | | | |
| | AMALGAMATED BK CHICAGO 1 W MONROE ST CHICAGO, IL 60603 | | | | | |
| | AMEX PO BOX 297871 FORT LAUDERDALE, FL 33329 | | | | | |
| | BANK OF AMERICA PO BOX 5170 SIMI VALLEY, CA 93062-5170 | | | | | |
| | BANK OF AMERICA, N.A. 450 AMERICAN ST SIMI VALLEY, CA 93065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BARRY SWARTZ-ACCOUNTING 650 E ALGONQUIN RD. SUITE 404 SCHAUMBURG, IL 60173 | | | | | |
| | BMO HARRIS BANK PO BOX 94034 PALATINE, IL 60094 | | | | | |
| | CHASE 324 W EVANS ST FLORENCE, SC 29501 | | | | | |
| | CHASE PO BOX 15298 WILMINGTON, DE 19850 | | | | | |
| | CITI PO BOX 6497 SIOUX FALLS, SD 57117 | | | | | |
| | CITIMORTGAGE INC PO BOX 9438 GAITHERSBURG, MD 20898 | | | | | |
| | COLETAYLOR 5501 WEST 79TH ST BURBANK, IL 60459 | | | | | |
| | DAVID FERNITZ DDS 1310 SHERMER RD # 50 NORTHBROOK, IL 60062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DISCOVER FIN SVCS LLC PO BOX 15316 WILMINGTON, DE 19850 | | | | | |
| | DISCOVER PO BOX 6103 CAROL STREAM, IL 60197 | | | | | |
| | DVI FIN SVC 707 SKOKIE BLVD NORTHBROOK, IL 60062 | | | | | |
| | FORD CRED PO BOX BOX 542000 OMAHA, NE 68154 | | | | | |
| | GECRB/DICKS DC PO BOX 1400 EL PASO, TX 79948 | | | | | |
| | GECRB/SONY CIRCUIT CIT PO BOX 981439 EL PASO, TX 79998 | | | | | |
| | HARRIS BANK BARRINGTON 201 S GROVE AVE BARRINGTON, IL 60010 | | | | | |
| | HSBC PO BOX 17264 BALTIMORE, MD 21297-1264 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC PO BOX 17298 BALTIMORE, MD 21297-1298 | | | | | |
| | HSBC/BSBUY PO BOX 15519 WILMINGTON, DE 19850 | | | | | |
| | HSBC/SONY 90 CHRISTIANA RD NEW CASTLE, DE 19720 | | | | | |
| | JC PENNEY Credit Service Center PO Box 533 Dallas, TX 75221 | | | | | |
| | JC PENNEY PO BOX 960090 ORLANDO, FL 32896-0090 | | | | | |
| | KCA FINANCIAL SVCS 628 NORTH ST GENEVA, IL 60134 | | | | | |
| | NICOR GAS 1844 FERRY ROAD NAPERVILLE, IL 60563 | | | | | |
| | SHELL PO BOX 6406 SIOUX FALLS, SD 57117 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SHELL/CITI PO BOX 6497 SIOUX FALLS, SD 57117 | | | | | |
| | UNVL/CITI PO BOX 6241 SIOUX FALLS, SD 57117 | | | | | |
| | VERIZON WIRELESS/GREAT 1515 WOODFIELD RD STE140 SCHAUMBURG, IL 60173 | | | | | |
| | WELLS FARGO PO BOX 30086 LOS ANGELES, CA 90030-0086 | | | | | |
| | WFFNATLBNK PO BOX 94498 LAS VEGAS, NV 89193 | | | | | |
| | WFNNB/TSA PO BOX 182789 COLUMBUS, OH 43218 | | | | | |
| | WHEEL INN-MACHANIC-CAR 1290 PETERSON DR WHEELING, IL 60090 | | | | | |
| | YELLOW PAGE 6300 C ST CEDAR RAPIDS, IA 52406 | | | | | |
| 000002 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000001 | YELLOW BOOK SALES & DISTRIBUTION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-07297 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CIOLINO, STEVEN A | | Date Filed (f) or Converted (c): | 02/27/12 (f) |
| | | | 341(a) Meeting Date: | 03/23/12 |
| For Period Ending: | 02/02/15 | | Claims Bar Date: | 01/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE 20805 N WILLIAM PRAIRIE VIEW, IL 60069 | 175,000.00 | 0.00 | | 0.00 | FA |
| 2. OFFICE BUILDING 985 S. Buffalo Gr. Rd. Buffalo GR. | 630,000.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING BUFFALO GROVE | 250.00 | 0.00 | | 0.00 | FA |
| 4. HOUSE FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. FISHING EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 6. BUSINESS 985 S. Buffalo Gr. Rd. Buffalo GR. IL. 60 | 0.00 | 0.00 | | 0.00 | FA |
| 7. 92 BUICK REGAL | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. 2000 FORD EXPIDATION RESIDENCE | 2,613.00 | 0.00 | | 0.00 | FA |
| 9. 1998 CHEVROLET CAVALIER RESIDENCE | 800.00 | 0.00 | | 0.00 | FA |
| 10. 2005 SSR RESIDENCE | 20,000.00 | 0.00 | | 14,000.00 | FA |
| 11. 2 BOAT MOTORS | 100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $832,463.00 | $0.00 | | $14,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL CHECKS HAVE CLEARED THE BANK AND THE TRUSTEE WILL PREPARE HIS TDR - Jan. 17, 2015. TRUSTEE IS INVESTIGATING THE
VALUE OF THE DEBTORS CHEVROLET SSR VEHICLE. DEBTOR FILE MOTION TO EMPLOY AUCTIONEER. TRUSTEE HAS FILED A MOTION TO
SELL DEBTORS VEHICLE WHICH HAS BEEN GRANTED BY THE COURT. TRUSTEE HAS SOLD THE VEHICLE BACK TO THE DEBTOR. TRUSTEE IS
REVIEWING FILED PROOFS OF CLAIM AND THEN WILL START PREPARING HIS FINAL REPORT - January 16, 2014. TRUSTEE IS DRAFTING
HIS TFR AND NFR - April 30, 2014. NO CHANGE - July 17, 2014. TFR WAS FILED WITH THE COURT - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 04/30/14    Current Projected Date of Final Report (TFR): 06/30/14

LFORM1

Ver: 18.04

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-07297 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CIOLINO, STEVEN A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2267 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1306 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/12 | 10 | Steven Ciolino | Purchase of vehicle | 1129-000 | 14,000.00 | | 14,000.00 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.58 | 13,999.42 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.63 | 13,990.79 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.91 | 13,981.88 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.78 | 13,961.10 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 14.70 | 13,946.40 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.75 | 13,927.65 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.71 | 13,906.94 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.01 | 13,886.93 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.65 | 13,866.28 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.95 | 13,846.33 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.59 | 13,825.74 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.56 | 13,805.18 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.86 | 13,785.32 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.49 | 13,764.83 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.80 | 13,745.03 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.43 | 13,724.60 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.41 | 13,704.19 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.40 | 13,685.79 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 19.88 | 13,665.91 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.35 | 13,645.56 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.64 | 13,625.92 |

Page Subtotals     14,000.00     374.08

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 12-07297 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CIOLINO, STEVEN A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2267 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1306 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.26 | 13,605.66 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.57 | 13,586.09 |
| 08/07/14 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 2,212.92 | 11,373.17 |
| | | | Fees    2,150.00 | 2100-000 | | | |
| | | | Expenses    62.92 | 2200-000 | | | |
| 08/07/14 | 300004 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,915.00 | 9,458.17 |
| 08/07/14 | 300005 | JOSEPH E. COHEN, ATTORNEY FOR TRUSTEE<br>105 West Madison<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 957.50 | 8,500.67 |
| 08/07/14 | 300006 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Claim 000001, Payment 35.35935% | 7100-000 | | 2,031.72 | 6,468.95 |
| 08/07/14 | 300007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 35.35939% | 7100-000 | | 5,698.83 | 770.12 |
| 08/07/14 | 300008 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 35.35957% | 7100-000 | | 749.92 | 20.20 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.20 | 0.00 |

                                      Page Subtotals     0.00     13,625.92

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-07297 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CIOLINO, STEVEN A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2267  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1306 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,000.00 | 14,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,000.00 | 14,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 14,000.00 | 14,000.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account (Non-Interest Earn - *******2267 | | 14,000.00 | 14,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 14,000.00 | 14,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*